IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
(ALBANY)

| | |
|---|---|
| IN RE:<br>Patricia Desmari Godwin<br><br>**Debtor(s)**. | CASE NO. 26-10008-rmm<br>CHAPTER 13 |
| _____ | Judge Robert M Matson |
| PR Borrower 26, LLC<br><br>**Movant**<br><br>v.<br><br>Patricia Desmari Godwin, Debtor(s),<br> Jonathan W. DeLoach, Trustee<br><br>**Respondents**. | CONTESTED MATTER |

**PR BORROWER 26, LLC'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, PR Borrower 26, LLC (hereinafter "Movant"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 362(d), moves the Court for an order lifting the automatic stay (hereinafter, the "Motion"), respectfully showing this honorable Court as follows:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties including, but not limited to, the right to proceed with a Dispossessory Action.

2.

Patricia Desmari Godwin (hereinafter, "Debtor(s)") filed a voluntary petition for bankruptcy protection under Chapter 13 of the Bankruptcy Code on January 6, 2026, and is, therefore, subject to the jurisdiction of the Court.

1

3.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. §§ 362 and 363.

4.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated October 9, 2025, at a rate of $1,625.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease").  The Lease is executed by Patricia Desmari Godwin, relative to certain property known as 7801 Tara Rd, Jonesboro GA 30236, (hereinafter, the "Property").  A true and correct copy of the Lease is attached hereto as Exhibit "A" and incorporated herein by reference.

5.

Movant avers that, pursuant to the terms and conditions of the Lease, the Debtor(s) are currently in default under the terms of the Lease for non-payment of rent in the amount of $15,373.66, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of February 2026.

6.

Movant further avers there is cause, including the lack of adequate protection, for granting Movant's Motion for Relief from Automatic Stay.  Furthermore, the stay should be lifted as the Debtor(s) do not have equity in the Property, and it is not necessary for an effective reorganization.

7.

Because the Lease provides, the Debtor(s) are responsible for Movant's reasonable attorney's fees and expenses.

8.

Pursuant to 11 U.S.C. § 362(d), Movant is entitled to a termination of the automatic stay, with respect to its Property, since the lack of adequate protection exists.

9.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(4) be waived and/or modified so as to allow Movant to proceed immediately with a dispossessory action in the applicable state Magistrate Court.

WHEREFORE, Movant  PR BORROWER 26, LLC  prays for the following relief:

(a)    That this Court grant Movant's Motion for Relief From Stay;

(b)    That the automatic stay pursuant to § 362(d) of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c)    That the Court waive and/or modify Bankruptcy Rule 4001(a)(4) so as to allow Movant to proceed immediately with a dispossessory action;

(d)    That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

(e)    For such other and further relief as this Court deems just and equitable.


Respectfully submitted, this Thursday, February 26, 2026.


THE TOTTEN FIRM, LLC                         /s/ Matthew F. Totten
5579 Chamblee-Dunwoody Rd, Ste B-136         MATTHEW F. TOTTEN
Atlanta, GA 30338                            (Georgia Bar No. 798589)
(404) 692-4342 (Telephone)                   ATTORNEY FOR MOVANT
mft@tottenfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
(ALBANY)

| | |
|---|---|
| IN RE:<br>Patricia Desmari Godwin<br><br>Debtor(s). | CASE NO. 26-10008-rmm<br>CHAPTER 13 |
| | Judge Robert M Matson |
| PR Borrower 26, LLC<br><br>Movant<br><br>v.<br><br>Patricia Desmari Godwin, Debtor(s),<br>Jonathan W. DeLoach, Trustee<br><br>Respondents. | CONTESTED MATTER |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Movant PR Borrower 26, LLC** has filed a **Motion for Relief from Stay** and related papers with the Court in the above-referenced matter, seeking an order lifting the automatic stay as to certain real property located at 7801 Tara Rd, Jonesboro GA 30236.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on **Motion for Relief From Stay** at **10:00 A.M. (ET) on Wednesday, April 8, 2026** in Albany C.B. King U.S. Courthouse, Second Floor, 201 W. Broad Avenue, Albany, Georgia 31701, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, PO Box 1957, Macon GA 31202. You must also mail a copy of your response to the undersigned at the address stated below.

5

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated:  Thursday, February 26, 2026.


THE TOTTEN FIRM, LLC                    /s/ Matthew F. Totten
5579 Chamblee-Dunwoody Rd, Ste B-136    MATTHEW F. TOTTEN
Atlanta, GA 30338                       (Georgia Bar No. 798589)
(404) 692-4342 (Telephone)              ATTORNEY FOR MOVANT
mft@tottenfirm.com

Case 26-10008-RMM   Doc 19   Filed 02/26/26   Entered 02/26/26 16:25:47   Desc Main
Document   Page 7 of 7

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date electronically filed the within and foregoing ***Notice of Hearing*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Charles R. Hunt
Charles R. Hunt, Atty
112 East Lee St.
Dawson, GA 39842

Jonathan W. DeLoach
Office of the Chapter 13 Trustee
PO Box 1907
Columbus, GA 31902

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Patricia Desmari Godwin, Debtor
7801 Tara Rd
Jonesboro GA 30236

Patricia Desmari Godwin, Debtor
248 Bonny View Ct.
Albany, GA 31705

Dated:  Thursday, February 26, 2026.


THE TOTTEN FIRM, LLC                              /s/ Matthew F. Totten
5579 Chamblee-Dunwoody Rd, Ste B-136    MATTHEW F. TOTTEN
Atlanta, GA 30338                                      (Georgia Bar No. 798589)
(404) 692-4342 (Telephone)                        ATTORNEY FOR MOVANT
mft@tottenfirm.com

7