**SO ORDERED.**

**SIGNED this 15 day of April, 2026.**



_Robert M. Matson_

**Robert M. Matson**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| IN RE:<br>Patricia Desmari Godwin<br><br>Debtor(s). | )<br>)<br>)<br>)<br>) |
| PR Borrower 26, LLC<br><br>Movant.<br><br>V.<br><br>Patricia Desmari Godwin, Debtor(s); and<br>Jonathan W. DeLoach, Trustee<br><br>Respondents. | ) CASE NO. 26-10008-rmm<br>) CHAPTER 13<br>)<br>) Judge Robert M. Matson<br>)<br>)<br>) CONTESTED MATTER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On February 26, 2026, PR Borrower 26, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 19) (the "Motion"). The Motion concerns rented real property known as 7801 Tara Rd, Jonesboro, GA 30236 (the "Property"). A hearing on said

Motion was noticed for April 8, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by the Debtor or Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Charles R. Hunt
Charles R. Hunt, Atty
112 East Lee St
Dawson, GA 39842

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jonathan W. DeLoah
Office of Chapter 13 Trustee
PO Box 1907
Columbus, GA 31902

Patricia Desmari Godwin, Debtor
7801 Tara Rd
Jonesboro GA 30236

Patricia Desmari Godwin, Debtor
248 Bonny View Ct.
Albany, GA 31705