**SO ORDERED.**

**SIGNED this 15 day of April, 2026.**



*Robert M. Matson*
_____
**Robert M. Matson
United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| IN RE: <br> Patricia Desmari Godwin <br><br> Debtor(s). <br>_____ <br><br> PR Borrower 26, LLC <br><br> Movant. <br><br> V. <br><br> Patricia Desmari Godwin, Debtor(s); and <br> Jonathan W. DeLoach, Trustee <br><br> Respondents. <br>_____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 26-10008-rmm <br> ) CHAPTER 13 <br> ) <br> ) Judge Robert M. Matson <br> ) <br> ) <br> ) CONTESTED MATTER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On February 26, 2026, PR Borrower 26, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 19) (the "Motion"). The Motion concerns rented real property known as 7801 Tara Rd, Jonesboro, GA 30236 (the "Property"). A hearing on said

1

Motion was noticed for April 8, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by the Debtor or Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

2

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Charles R. Hunt
Charles R. Hunt, Atty
112 East Lee St
Dawson, GA 39842

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jonathan W. DeLoah
Office of Chapter 13 Trustee
PO Box 1907
Columbus, GA 31902

Patricia Desmari Godwin, Debtor
7801 Tara Rd
Jonesboro GA 30236

Patricia Desmari Godwin, Debtor
248 Bonny View Ct.
Albany, GA 31705

United States Bankruptcy Court

Middle District of Georgia

In re:                                      Case No. 26-10008-RMM

Patricia Desmari Godwin               Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 113G-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: pdfntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Desmari Godwin, 248 Bonny View Ct., Albany, GA 31705-1980 |
| cr | + PR Borrower 26, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles R. Hunt | on behalf of Debtor Patricia Desmari Godwin chadhuntlaw@gmail.com |
| Jonathan W. DeLoach | ecf@ch13trustee.com  courtdailysummary@ch13trustee.com |
| Matthew Franklin Totten | on behalf of Creditor PR Borrower 26  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 4