**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:                                                       CHAPTER 13

Patricia Desmari Godwin

DEBTOR(S)                                                    CASE NO.26−10008−RMM

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

IT APPEARING to the court that the above−named debtor(s) filed a(n) Voluntary Petition on 1/6/26 without the required filing fee and that the filing fee in the amount of $303.00 remains unpaid;
Now, therefore it is hereby
**ORDERED** that the debtor show cause why this case should not be dismissed for the failure to pay filing fees ; and it is hereby further
**ORDERED** that if the filing fee is paid in full on or before **twenty−one (21) days** from the date of this order, this show cause order shall be dissolved and the case will continue in good standing in accordance with the requirements of the Bankruptcy Code; and it is hereby further
**ORDERED** that if the debtor files a request for a hearing within the **twenty−one (21) days** of the date of this Order, a hearing will be convened to consider any cause shown by debtor; and it is hereby further
**ORDERED** that upon the failure of the debtor to pay the filing fees or to request a hearing within **twenty−one (21) days** of this order, the bankruptcy case will be dismissed without further notice or hearing.



Dated: 5/7/26                                               /s/ Robert M Matson
                                                            United States Bankruptcy Judge

United States Bankruptcy Court

Middle District of Georgia

In re:                                                                                                  Case No. 26-10008-RMM

Patricia Desmari Godwin                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-1                          User: auto                                          Page 1 of 1

Date Rcvd: May 07, 2026                   Form ID: oscdsm                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID                  Recipient Name and Address**
db                    + Patricia Desmari Godwin, 248 Bonny View Ct., Albany, GA 31705-1980

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                      Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

**Name                          Email Address**

Charles R. Hunt
                          on behalf of Debtor Patricia Desmari Godwin chadhuntlaw@gmail.com

Jonathan W. DeLoach
                          ecf@ch13trustee.com  courtdailysummary@ch13trustee.com

Matthew Franklin Totten
                          on behalf of Creditor PR Borrower 26  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

U.S. Trustee - MAC
                          Ustp.region21.mc.ecf@usdoj.gov

TOTAL: 4