**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:                                                    CHAPTER 13

Patricia Desmari Godwin

DEBTOR(S)                                    CASE NO.26–10008–RMM

**ORDER OF DISMISSAL**

It appearing to the Court that the trustee has moved to dismiss the above–captioned case at the scheduled date for the confirmation of this case, as authorized by the Notice of Commencement of Case under Chapter 13 of the Bankruptcy Code, and at said confirmation hearing just cause was found to grant the trustee's motion to dismiss for default in payments; therefore it is

**ORDERED** that this case be and the same is dismissed; and it is further

**ORDERED** that the Clerk of this Court take such action as is appropriate to close this case.



Dated: 6/9/26                                    /s/ Robert M Matson
                                                United States Bankruptcy Judge