# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:  GODWIN, PATRICIA DESMARI (L4SSN:5596)          CHAPTER 13
  Debtor(s),                                                  CASE NO. 26-10008

## APPLICATION FOR ALLOWANCE OF COMPENSATION
### FOR CASE DISMISSED PRIOR TO CONFIRMATION

1. The source of the compensation paid or to be paid is the debtor(s), which compensation shall, by agreement with the debtor(s), be paid by the Chapter 13 Trustee as a priority administrative claim, upon approval by the Court.

2. The attorney has filed a document entitled Disclosure of Compensation of Attorney for Debtor, the provisions of which are incorporated by reference in this application.

3. The legal services rendered include: Analyzing the debtor(s) financial situation and advising the debtor(s) thereon. Preparing and filing the petition and other necessary documents. Representation at all hearings. Assisting the debtor(s) in obtaining confirmation of the debtor(s)' plan. **See Itemization and abbreviations below.**

| DATE | SERVICE | HOURS |
|------|---------|-------|
| **ATTORNEY TIME:** | | |
| 01/05/2026 | Initial phone conf. | 0.4 |
| 01/05/2026 | OV | 2.2 |
| 01/06/2026 | Review  Skeleton filing, reconcile | 0.2 |
| 01/06/2026 | Finalize Skeleton filing | 0.2 |
| 01/08/2026 | Research/MFR | 0.3 |
| 01/09/2026 | 1st draft plan | 0.3 |
| 01/14/2026 | PC/ C/ Long | 0.6 |
| 01/14/2026 | 1ST Review Schedules | 0.5 |
| 01/16/2026 | 2ND Review Schedules | 0.4 |
| 01/16/2026 | 2ND Draft Plan | 0.3 |
| 01/20/2026 | 3RD Review Schedules | 0.3 |
| 01/21/2026 | Finalize plan & schedules | 0.3 |
| 01/21/2026 | Prepare PD Order | 0.2 |
| 01/22/2026 | Research/MFR | 0.3 |
| 01/22/2026 | Research | 0.2 |
| 01/23/2026 | TC/Fax to Payroll | 0.3 |
| 01/28/2026 | TC/Payroll | 0.1 |
| 02/09/2026 | 10-day Pre-341 Review (PR) | 0.2 |
| 02/16/2026 | 3-day Pre-341 Review (PR) | 0.2 |
| 02/17/2026 | E/TE | N/C |
| 02/17/2026 | Research TE Web | 0.3 |
| 02/17/2026 | PC's to C | 0.2 |
| 02/19/2026 | 1st 341 Hrg (PR)(no show) | 0.9 |
| 03/24/2026 | MRS/PR | 0.3 |
| 03/25/2026 | PC's to C | 0.2 |
| 03/25/2026 | Research TE Web | 0.3 |
| 03/27/2026 | 2nd 341 Hrg (PR) | 0.4 |
| 03/29/2026 | 1st Draft Motion for Compensation | 0.5 |
| 04/02/2026 | 1st Draft Amend (not filed) | 0.3 |
| 04/02/2026 | Research/MFR | 0.3 |
| 04/07/2026 | E/Atty Totten | 0.1 |
| 04/07/2026 | E/Atty Orenstein (x3 @ 0.1) | 0.3 |
| 04/10/2026 | 2nd Draft Motion for Compensation | 0.3 |
| 04/22/2026 | 10-day Pre-Conf Review (PR) | 0.2 |
| 04/24/2026 | Research TE Web | 0.3 |
| 05/01/2026 | 3-day Pre-Conf Review (PR) | 0.2 |
| 05/05/2026 | 1st Conf Hrg (PR) | 0.3 |
| 06/01/2026 | Review Paralegal Billing | 0.3 |
| 06/01/2026 | 3rd Draft Motion for Compensation | 0.3 |
| 06/05/2026 | PC's to C | 0.2 |

## PARALEGAL TIME:

|            |                              |     |
|------------|------------------------------|-----|
|            | Notice/Order/Email from Court ( x 7 @ 0.1) | 0.7 |
| 01/05/2026 | 1ST Visit               | 0.7 |
| 01/05/2026 | Initial Call                 | 0.6 |
| 01/05/2026 | Short Forms                  | 3.1 |
| 01/06/2026 | PC/C                         | 0.3 |
| 01/06/2026 | File Short Form              | 0.2 |
| 01/06/2026 | Corrections                  | 0.2 |
| 01/07/2026 | FAX/TE                       | 0.2 |
| 01/12/2026 | Long Form                    | 1.7 |
| 01/15/2026 | 1ST Revision Long Form  | 0.4 |
| 01/20/2026 | 2ND Revision Long Form  | 0.3 |
| 01/20/2026 | Corrections                  | 0.2 |
| 01/21/2026 | Documents / Client           | 0.3 |
| 01/21/2026 | File Long Forms              | 0.2 |
| 01/22/2026 | TC/C                         | 0.2 |
| 02/09/2026 | 10-Day Pre 341               | 0.2 |
| 02/16/2026 | 3-Day Pre-341                | 0.2 |
| 02/17/2026 | E/TE                         | 0.2 |
| 02/25/2026 | Post 341 Review              | 0.3 |
| 02/27/2026 | TC/C ( x 2 @ 0.2)            | 0.4 |
| 04/10/2026 | Itemize Billing              | 0.4 |
| 04/22/2026 | 10-Day  Pre-conf Actions     | 0.2 |
| 05/01/2026 | TC/C                         | 0.2 |
| 05/01/2026 | 3-Day Pre-conf Actions       | 0.2 |
| 05/20/2026 | Finalize Billing             | 0.3 |

Additional time was not billed due
to limited funds available.

**SUMMARY:** {Attorney _13.7_ Hrs @ $175/hr.= $_2,397.50_ }+ {paralegal _11.9_ Hrs @ $60/hr.=$_714~_}
= Total fees $_3,111.50_   +{costs of $63.00}{less payments of $17.00}= **BALANCE REQUESTED $_3,157.50_**

4. The undersigned attorney is admitted to practice before this court and in the state of Georgia, maintains a law practice at the address shown below, is a disinterested person, does not hold or represent an interest adverse to the bankruptcy estate, and is competent and experienced in the handling of Chapter 13 bankruptcy cases.

*{ABBREV:AOD=Affidavit of Default ◆C=Client ◆CF=Confirmation ◆CO=Consent Order ◆CO/D=Co-debtor ◆Conf=Conference ◆CPO=Claims Printout ◆E=E-mail ◆FF=Filing Fees ◆Fwd=Forward ◆H=Husband ◆Hrg=Hearing ◆LL=Landlord ◆LM=Left Message ◆Ltr=Letter ◆MFR=Memorandum for Record ◆Mot=Motion ◆MRS=Motion-Relief from Stay ◆MTD=Motion to Dismiss ◆N/C=No Charge ◆NOA=Notice of Appearance ◆NS-No Show ◆OV=Office Visit ◆Obj=Objection ◆PD=Payroll Deduction ◆PC=Phone Conf/E/Fax ◆POC =Proof of Claim ◆POI=Proof of Insurance ◆POP=Proof of Payment ◆PR=Pro-Rated ◆PW=Problem Worksheet ◆RRR=Received, Reviewed, & Researched ◆SC= Strict Compliance ◆ TC=Telephone Call ◆TE=Trustee ◆W=Wife}*
WHEREFORE, the undersigned attorney respectfully applies for allowance of this compensation and request that the unpaid balance be approved by the court as a priority administrative claim, to be paid by the Chapter 13 trustee out of the funds deposited with the trustee for the debtor.

**BNK-ALL CREDITORS CERTIFICATE OF SERVICE:** This is to certify that I have this day served all creditors, the standing Trustee, and the U.S. Trustee, as more specifically shown on the attached list of creditors, with a copy of the foregoing matters by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon by hand-delivery or by electronic notice.

Date: _6-12-26_ .

CHARLES R. HUNT, Attorney

END OF DOCUMENT
DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ◆ STATE BAR GA. 0378493 ◆ 112 EAST LEE STREET ◆ DAWSON, GEORGIA 39842▼ Fax Available on Request
PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:  GODWIN, PATRICIA DESMARI (L4SSN:5596)                    CHAPTER 13
         Debtor(s),                                                      CASE NO. 26-10008

### NOTICE

THE DEBTOR(S) HAS FILED PAPERS WITH THE COURT TO REQUEST ITEMIZATION FOR ALLOWANCE OF COMPENSATION.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request o counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to request itemization for allow of compensation, or if you want the court to consider your views on the motion, then you or your attorney shall file with the court written objection or response on or before _July 16_, 20 26, pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
PO BOX 1957
Macon, GA 31202

**If an objection or response is filed, a hearing on the motion shall be held on:**

_August 4_, 20 26 AT _2:00_ [A.M./**P.M.**] at:
**C.B. King U.S. Courthouse, U.S. Bankruptcy Courtroom, 201 Broad Avenue, Albany, GA 31701.**
**"Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance."**

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 2016-1.

**BNK-ALL CREDITORS CERTIFICATE OF SERVICE:** This is to certify that I have this day served <u>all creditors</u>, the <u>standing Trustee</u>, and the <u>U.S. Trustee</u>, as more specifically shown on the attached list of creditors, with a copy of the foregoing matters by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon by hand-delivery or by electronic notice.

_6-12-26_
Date                                                           Attorney for Debtor

END OF DOCUMENT
DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ◆ STATE BAR GA. 0378493 ◆ 112 EAST LEE STREET ◆ DAWSON, GEORGIA 39842☎ Fax Available on Request
PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

ADVENTHEALTH
900 HOPE WAY
ALTAMONTE SPRINGS FL 32714

APPLIANCE WAREHOUSE
4705 BAKERS FERRY RD., SW
SUITE J
ATLANTA GA 30336

BESTWAY RENT TO OWN
7401 TARA BLVD.
JONESBORO GA 30236

CHAPTER 13 TRUSTEE
PO BOX 1907
COLUMBUS GA 31902

COMCAST
C/O SUNRISE CREDIT SERVICES
PO BOX 9004
MELVILLE NY 11747

COMCAST
ATTN: BANKRUPTCY DEPT.
1701 JOHN F. KENNEDY BLVD
PHILADELPHIA PA 19103

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 98873
LAS VEGAS NV 89193

DEPARTMENT OF EDUCATION/NELN
121 S. 13TH STREET
LINCOLN NE 68508-1904

DOUGHERTY COUNTY TAX DEPARTMENT
PO BOX 1827
ALBANY GA 31703-5301

FLAGSHIP CREDIT ACCEPTANCE
ATTN: BANKRUPTCY DEPT.
PO BOX 965
CHADDS FORD PA 19317

GA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DEPT.
2595 CENTURY PARKWAY NE
SUITE 339
ATLANTA GA 30345

GEORGIA POWER
BANKRUPTCY DEPARTMENT
PO BOX 105537
ATLANTA GA 30348

GEORGIA'S OWN CREDIT UNION
ATTN: BANKRUPTCY DEPT.
PO BOX 105205
ATLANTA GA 30348

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KINSMITH FINANCE
6406 GA-85
SUITE B
RIVERDALE GA 30274

KOVO
101 CONVENTION CENTER DRIVE
SUITE 370
LAS VEGAS NV 89109

NEWNAN UTILITIES
70 SEWELL RD
NEWNAN GA 30263

PATRICIA DESMARI GODWIN
248 BONNY VIEW CT.
ALBANY GA 31705

PIEDMONT HEALTHCARE
ATTN: BANKRUPTCY DEPT.
PO BOX 100062
ATLANTA GA 30348

PNC BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 1820
DAYTON OH 45401

PROGRESS RESIDENTIAL
2658 HOLCOMB BRIDGE RD.
SUITE 118
ALPHARETTA GA 30022

PURCHASING POWER
BANKRUPTCY DEPARTMENT
2727 PACES FERRY RD SE
BUILDING 2, SUITE 1200
ATLANTA GA 30339

REGUS GROUP
1 CHASE CORPORATE CENTER
HOOVER AL 35244

SANTANDER CONSUMER USA
ATTN: BANKRUPTCY DEPT.
PO BOX 961245
FORT WORTH TX 76161

SELF FINANCIAL/LEAD BANK
901 E. 6TH STREET
SUITE 400
AUSTIN TX 78702

STRIDE BANK / CHIME
2219 W. WILLOW RD
ENID OK 73703

TIFT REGIONAL MEDICAL CENTER
PO BOX 807
TIFTON GA 31793-0807

U.S. TRUSTEE
440 MARTIN LUTHER KING JR BLVD
SUITE 302
MACON GA 31201

UNITED STATES ATTORNEY GENERAL
950 PENNSLYVANIA AVE NW
WASHINGTON DC 20530-0001

UNITED STATES ATTORNEYS OFFICE
PO BOX 1702
MACON GA 31202

US AUTO FINANCE
C/O WESTLAKE PORTFOLIO SERVICES
ATTN: BANKRUPTCY DEPT.
PO BOX 76809
LOS ANGELES CA 90076

US AUTO FINANCE
ATTN: BANKRUPTCY DEPT.
PO BOX 1073
WILMINGTON DE 19899

VERIZON WIRELESS
BANKRUPTCY DEPT.
500 TECHNOLOGY DRIVE
SUITE 550
SAINT CHARLES MO 63304

WORLD FINANCE COMPANY
ATTN: BANKRUPTCY DEPT.
PO BOX 6429
GREENVILLE SC 29606