**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:                                                    CHAPTER 13

Patricia Desmari Godwin

DEBTOR(S)                                                CASE NO.26−10008−RMM

**ORDER OF DISMISSAL**

It appearing to the Court that the trustee has moved to dismiss the above−captioned case at the scheduled date for the confirmation of this case, as authorized by the Notice of Commencement of Case under Chapter 13 of the Bankruptcy Code, and at said confirmation hearing just cause was found to grant the trustee's motion to dismiss for default in payments; therefore it is

**ORDERED** that this case be and the same is dismissed; and it is further

**ORDERED** that the Clerk of this Court take such action as is appropriate to close this case.



Dated: 6/9/26                                     /s/ Robert M Matson
                                                  United States Bankruptcy Judge

United States Bankruptcy Court

Middle District of Georgia

In re:

Patricia Desmari Godwin

    Debtor

Case No. 26-10008-RMM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113G-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: odsmcsom | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Desmari Godwin, 248 Bonny View Ct., Albany, GA 31705-1980 |
| cr | + | PR Borrower 26, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 12983702 | + | Appliance Warehouse, 4705 BAKERS FERRY RD., SW, SUITE I, ATLANTA GA 30336-2200 |
| 12983703 | + | BestWay Rent To Own, 7401 TARA BLVD., JONESBORO GA 30236-1905 |
| 12983708 | + | Dougherty County Tax Department, PO BOX 1827, ALBANY GA 31702-1827 |
| 12983714 | | Kinsmith Finance, 6406 GA-85, SUITE B, RIVERDALE GA 30274 |
| 12983716 | + | Newnan Utilities, 70 SEWELL RD, NEWNAN GA 30263-2638 |
| 12983721 | + | Regus Group, 1 CHASE CORPORATE CENTER, HOOVER AL 35244-1026 |
| 13015940 | + | SANDY CREEK EMERGENCY GROUP PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 12983724 | + | Stride Bank / Chime, 2219 W. WILLOW RD, ENID OK 73703-2406 |
| 13008646 | + | US AUTO SALES INC, WESTLAKE PORTFOLIO MANAGEMENT, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA 90010-3847 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12983701 | + | Email/Text: deborah.morman@adventhealth.com | Jun 10 2026 17:31:00 | AdventHealth, 900 HOPE WAY, ALTAMONTE SPRINGS FL 32714-1502 |
| 12985094 | + | Email/Text: mdoan@cigfinancial.com | Jun 10 2026 17:31:00 | CIG Financial, P.O. Box 19795, Irvine, CA 92623-9795 |
| 12983704 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 10 2026 17:30:00 | Comcast, C/O SUNRISE CREDIT SERVICES, PO BOX 9004, MELVILLE NY 11747-9004 |
| 12983705 | + | Email/Text: documentfiling@lciinc.com | Jun 10 2026 17:30:00 | Comcast, ATTN: BANKRUPTCY DEPT., 1701 JOHN F. KENNEDY BLVD, PHILADELPHIA PA 19103-2899 |
| 12983706 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2026 17:31:55 | Credit One Bank, ATTN: BANKRUPTCY DEPT., PO BOX 98873, LAS VEGAS NV 89193-8873 |
| 12983707 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 10 2026 17:31:00 | Department of Education/Neln, 121 S. 13TH STREET, LINCOLN NE 68508-1911 |
| 12983709 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 10 2026 17:31:00 | Flagship Credit Acceptance, ATTN: BANKRUPTCY DEPT., PO BOX 965, CHADDS FORD PA 19317-0643 |
| 12992388 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 10 2026 17:31:00 | Flagship Financial Group, P.O. Box 3807, Coppell, TX 75019-5877 |
| 12983710 | | Email/Text: brnotices@dor.ga.gov | Jun 10 2026 17:31:00 | GA Department of Revenue, ATTN: BANKRUPTCY DEPT., 2595 CENTURY PARKWAY NE, SUITE 339, ATLANTA GA 30345 |

District/off: 113G-1 User: auto Page 2 of 3

Date Rcvd: Jun 10, 2026 Form ID: odsmcsom Total Noticed: 43

| ID | | Notice | Date/Time | Recipient |
|---|---|---|---|---|
| 12983711 | + | Email/Text: G2GPCCU@southernco.com | Jun 10 2026 17:31:00 | Georgia Power, BANKRUPTCY DEPARTMENT, PO BOX 105537, ATLANTA GA 30348-5537 |
| 12983712 | + | Email/Text: BANKRUPTCYNOTIFICATIONS@GEORGIASOWN.ORG | Jun 10 2026 17:31:00 | Georgia's Own Credit Union, ATTN: BANKRUPTCY DEPT., PO BOX 105205, ATLANTA GA 30348-5205 |
| 12983713 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2026 17:30:00 | IRS, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 12983715 | | Email/Text: bankruptcies@kovocredit.com | Jun 10 2026 17:30:00 | Kovo, 101 CONVENTION CENTER DRIVE, SUITE 370, LAS VEGAS NV 89109 |
| 13020613 | | Email/Text: sheri@masinc.org | Jun 10 2026 17:30:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 12983718 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2026 17:30:00 | PNC Bank, ATTN: BANKRUPTCY DEPT., PO BOX 1820, DAYTON OH 45401 |
| 13005891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2026 17:31:56 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 12983717 | + | Email/Text: CS&PLcorrespondence@piedmont.org | Jun 10 2026 17:31:00 | Piedmont Healthcare, ATTN: BANKRUPTCY DEPT., PO BOX 100062, ATLANTA GA 30348-0062 |
| 12986543 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 17:31:57 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12985816 | + | Email/Text: bknotices@progressresidential.com | Jun 10 2026 17:31:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 12983719 | + | Email/Text: bknotices@progressresidential.com | Jun 10 2026 17:31:00 | Progress Residential, 2658 HOLCOMB BRIDGE RD., SUITE 118, ALPHARETTA GA 30022-6822 |
| 12983720 | + | Email/Text: bankruptcy@purchasingpower.com | Jun 10 2026 17:31:00 | Purchasing Power, BANKRUPTCY DEPARTMENT, 2727 PACES FERRY RD SE, BUILDING 2, SUITE 1200, ATLANTA GA 30339-6199 |
| 12983723 | | Email/Text: bankruptcy@self.inc | Jun 10 2026 17:30:00 | Self Financial/Lead Bank, 901 E. 6TH STREET, SUITE 400, AUSTIN TX 78702 |
| 12983722 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 10 2026 17:31:00 | Santander Consumer USA, ATTN: BANKRUPTCY DEPT., PO BOX 961245, FORT WORTH TX 76161-0244 |
| 12983725 | | Email/Text: leanne.rowland@tiftregional.com | Jun 10 2026 17:31:00 | Tift Regional Medical Center, PO BOX 807, TIFTON GA 31793-0807 |
| 12990756 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 10 2026 17:31:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |
| 12983728 | ^ | MEBN | Jun 10 2026 17:25:09 | US Auto Finance, C/O WESTLAKE PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPT., PO BOX 76809, LOS ANGELES CA 90076-0809 |
| 12983726 | ^ | MEBN | Jun 10 2026 17:25:33 | United States Attorney General, 950 PENNSLYVANIA AVE NW, WASHINGTON DC 20530-0001 |
| 12983727 | + | Email/Text: usagam.bankruptcy@usdoj.gov | Jun 10 2026 17:30:00 | United States Attorneys Office, PO BOX 1702, MACON GA 31202-1702 |
| 13018238 | | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2026 17:32:01 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 12983730 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 10 2026 17:29:00 | Verizon Wireless, BANKRUPTCY DEPT., 500 TECHNOLOGY DRIVE, SUITE 550, SAINT CHARLES MO 63304-2225 |
| 12991381 | + | Email/Text: bk@worldacceptance.com | Jun 10 2026 17:31:00 | World Finance Co. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box |

6429, Greenville, SC 29606-6429

12983731    +   Email/Text: bk@worldacceptance.com

Jun 10 2026 17:31:00    World Finance Company, ATTN: BANKRUPTCY DEPT., PO BOX 6429, GREENVILLE SC 29606-6429

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12983729 | ##+ | US Auto Finance, ATTN: BANKRUPTCY DEPT., PO BOX 1073, WILMINGTON DE 19899-1073 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles R. Hunt | on behalf of Debtor Patricia Desmari Godwin chadhuntlaw@gmail.com |
| Jonathan W. DeLoach | ecf@ch13trustee.com  courtdailysummary@ch13trustee.com |
| Matthew Franklin Totten | on behalf of Creditor PR Borrower 26  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 4