## OFFICE OF THE CHAPTER 13 TRUSTEE
### Middle District of Georgia | Jonathan W. DeLoach

**PO Box 1907, Columbus, GA 31902**
**Phone: 706-327-4151 | Fax: 706-327-4277**
**www.ch13trustee.com**

ROBERT M. MATSON                                              July 06, 2026
United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

In Re:
Case No. 26-10008-RMM
Patricia Desmari Godwin

Dear Judge ROBERT M. MATSON,

I have received an application by Charles R. Hunt, for additional compensation in the above referenced case.

The Chapter 13 Trustee has no objection to the Application for Compensation and advises this Honorable Court that he has only $2,210.13 on hand to pay on any award of compensation of fees and costs.

Sincerely,

/s/  T. Michael Jones

P.O. Box 1907                          T. Michael Jones GA Bar No. 403890 for
Columbus, GA 31902                     CHAPTER 13 TRUSTEE
Phone (706) 327-4151
ecf@ch13trustee.com
File