**SO ORDERED.**

**SIGNED this 14 day of July, 2026.**



*Robert M. Matson*
_____

**Robert M. Matson**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:  GODWIN, PATRICIA DESMARI (L4SSN:5596)          CHAPTER 13
      Debtor(s),                                              CASE NO. 26-10008

<u>ORDER AWARDING ATTORNEY FEES</u>

ON APPLICATION OF COUNSEL, with notice to all creditors, which is sufficient, it is

ORDERED, That an award of $ *3,111.50* (plus $ *03* costs/expenses) is made to CHARLES R. HUNT, ATTY as compensation in this case pursuant to Section 331 of the Bankruptcy Code for the services rendered in this case, of which $ *17* has already been paid. The Trustee is directed to pay up to $ *3,157.50* of said award from available funds, after the trustee's usual deductions, including his commission, in accordance with the Court's Administrative Order on Attorneys Fees in Chapter 13 cases.

END OF DOCUMENT

**DOCUMENT PREP. BY:** CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON,
GEORGIA 39842☎ Fax Available on Request  PH.(229)995-4868
E-mail: <u>chadhuntlaw@gmail.com</u>

Z:\Shared Files\BNK-PLANS++\AddlComp\GodwinPatriciaApplAllowDsml.wpd