**SO ORDERED.**

**SIGNED this 14 day of July, 2026.**



*Robert M. Matson*

**Robert M. Matson**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:  GODWIN, PATRICIA DESMARI (L4SSN:5596)                CHAPTER 13
      Debtor(s),                                                                  CASE NO. 26-10008

### ORDER AWARDING ATTORNEY FEES

ON APPLICATION OF COUNSEL, with notice to all creditors, which is sufficient, it is

ORDERED, That an award of $ *3,111.50* (plus $ *03* costs/expenses) is made to CHARLES R. HUNT, ATTY as compensation in this case pursuant to Section 331 of the Bankruptcy Code for the services rendered in this case, of which $ *17* has already been paid. The Trustee is directed to pay up to $ *3,157.50* of said award from available funds, after the trustee's usual deductions, including his commission, in accordance with the Court's Administrative Order on Attorneys Fees in Chapter 13 cases.

END OF DOCUMENT

DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842ϖ Fax Available on Request PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

Z:\Shared Files\BNK-PLANS++\AddlComp\GodwinPatriciaApplAllowDsml.wpd

United States Bankruptcy Court

Middle District of Georgia

In re:                                                                                      Case No. 26-10008-RMM

Patricia Desmari Godwin                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-1                          User: auto                                          Page 1 of 1

Date Rcvd: Jul 14, 2026                     Form ID: pdfntc                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

**Recip ID                      Recipient Name and Address**
db                    + Patricia Desmari Godwin, 248 Bonny View Ct., Albany, GA 31705-1980

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

**Name                          Email Address**

Charles R. Hunt
                      on behalf of Debtor Patricia Desmari Godwin chadhuntlaw@gmail.com

Charles R. Hunt
                      on behalf of Attorney Charles R. Hunt chadhuntlaw@gmail.com

Jonathan W. DeLoach
                      ecf@ch13trustee.com  courtdailysummary@ch13trustee.com

Matthew Franklin Totten
                      on behalf of Creditor PR Borrower 26  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

U.S. Trustee - MAC
                      Ustp.region21.mc.ecf@usdoj.gov

TOTAL: 5